UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| Kenneth Irish, Denise Marshall, Allen Moore and Scott Stillwell, on behalf of themselves and on behalf of all others similarly situated, a class action,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BNSF Railway Company, Burlington Northern Santa Fe Corporation, William Barbee, Francis A. Weber, John Doe #1, John Doe #2, ABC Insurance Company and DEF Insurance Company,<br><br>　　　　　　　Defendants. | Civil File No. 08-469<br><br><br><br>**NOTICE OF APPEAL** |

---

NOTICE IS HEREBY GIVEN that Defendants BNSF Railway Company, Burlington Northern Santa Fe Corporation, William Barbee and Frank Weber appeal to the United States Court of Appeals for the Seventh Circuit from the Order of the District Court for the Western District of Wisconsin remanding this action to Grant County Circuit Court, entered in this action on May 8, 2009.

Dated: June 8, 2009

　　　　　　　　　　　　　　　　　　**BRIGGS AND MORGAN, P.A.**
　　　　　　　　　　　　　　　　　　By: 　s/ Timothy R. Thornton
　　　　　　　　　　　　　　　　　　　　Timothy R. Thornton (#109630)
　　　　　　　　　　　　　　　　　　　　Robin Caneff Gipson (#293428)
　　　　　　　　　　　　　　　　　　　　Molly M. Borg (#0331922)
　　　　　　　　　　　　　　　　　　2200 IDS Center
　　　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402-2157
　　　　　　　　　　　　　　　　　　(612) 977-8400
　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**
　　　　　　　　　　　　　　　　　　**BNSF RAILWAY COMPANY,**
　　　　　　　　　　　　　　　　　　**BURLINGTON NORTHERN SANTA**
　　　　　　　　　　　　　　　　　　**FE CORPORATION, WILLIAM**
　　　　　　　　　　　　　　　　　　**BARBEE AND FRANCIS A. WEBER**

2361115v1