UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| Kenneth Irish, Denise Marshall, Allen Moore and Scott Stillwell,<br><br>               Plaintiffs,<br><br>v.<br><br>BNSF Railway Company, Burlington Northern Santa Fe Corporation, William Barbee, Francis A. Weber, John Doe #1, John Doe #2, ABC Insurance Company and DEF Insurance Company,<br><br>               Defendants. | Civil File No. 08-469-slc<br><br>**ANSWER OF DEFENDANTS BNSF RAILWAY COMPANY, BURLINGTON NORTHERN SANTA FE CORPORATION, WILLIAM BARBEE AND FRANCIS A. WEBER TO PLAINTIFFS' AMENDED COMPLAINT** |

---

Defendants BNSF Railway Company, Burlington Northern Santa Fe Corporation, William Barbee and Francis A. Weber (collectively "BNSF") answer the amended complaint as follows:

1. Generally deny except as admitted or qualified.

2. As to paragraph 7, deny and state that the alleged water invasions were an Act of God.

3. As to paragraphs 14, 15 and 16, admit only that Defendant BNSF Railway Company is a wholly owned subsidiary of Burlington Northern Santa Fe Corporation and that Burlington Northern Santa Fe Corporation is a Delaware corporation with a principal place of business in Texas.

4. As to paragraph 17, admit only that William Barbee and Francis A. Weber are employees of BNSF and residents of Wisconsin.

2368616v1

5. As to paragraphs 2, 6, 10, 11, 12, and 13, lack knowledge sufficient to form a belief as to the truth of the allegations.

## AFFIRMATIVE DEFENSES

6. The amended complaint fails to state a claim upon which relief can be granted.

7. The amended complaint is completely preempted and substantively preempted by federal and state law.

8. Plaintiffs assumed the risk.

9. Plaintiffs failed to mitigate their damages.

10. Some or all of plaintiffs' injuries were caused by independent or intervening causes.

11. Venue is improper in Grant County.

12. William Barbee, Francis A. Weber, John Doe #1 and John Doe #2 have been fraudulently joined as defendants.

Dated:   June 17, 2009     **BRIGGS AND MORGAN, P.A.**


By: <u>s/ Timothy R. Thornton</u>
      Timothy R. Thornton (#109630)
      Robin Caneff Gipson (#293428)
      Molly M. Borg ( #0331922)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
(612) 977-8400

**ATTORNEYS FOR BNSF RAILWAY COMPANY, BURLINGTON NORTHERN SANTA FE CORPORATION, WILLIAM BARBEE AND FRANCIS WEBER**