# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 16, 2009

BEFORE

MICHAEL S. KANNE, Circuit Judge
DIANE P. WOOD, Circuit Judge
DIANE S. SYKES, Circuit Judge

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No.: 09-2469 | ALLEN MOORE, on behalf of themselves and all others similarly situated, a Class Action, et al., Plaintiffs - Appellees v. BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:08-cv-00469-slc Western District of Wisconsin District Judge Barbara B. Crabb | |

The following are before the court:

1. **APPELLANTS' JURISDICTIONAL MEMORANDUM**, filed June 25, 2009, by counsel for the appellants.

2. **PLAINTIFFS-APPELLEES' RESPONSE TO JURISDICTIONAL MEMORANDUM**, filed on July 6, 2009, by counsel for the appellees.

**IT IS ORDERED** that this appeal is **DISMISSED** for lack of jurisdiction. *See* 28 U.S.C. § 1447(d); *Powerex Corp. v. Reliant Energy Servs., Inc.*, 551 U.S. 224, 232-33 (2007).

form name: **c7_Order_3J** (form ID: **177**)