UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Kenneth Irish, Denise Marshall, Allen Moore and Scott Stillwell, on behalf of themselves and on behalf of all others similarly situated, a class action,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>BNSF Railway Company, Burlington Northern Santa Fe Corporation, William Barbee, Francis A. Weber, John Doe #1, John Doe #2, ABC Insurance Company and DEF Insurance Company,<br><br>　　　　　　Defendants. | Civil File No. 08-469<br><br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants BNSF Railway Company, Burlington Northern Santa Fe Corporation, William Barbee and Francis Weber submit this motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure.  The basis for this motion is that plaintiffs' claims are preempted by federal and state law and must be dismissed.  This motion is based upon all the files, records and proceedings herein, the memorandum of law filed in support of this motion, and the arguments of counsel.

Dated:  August 2, 2010

**BRIGGS AND MORGAN, P.A.**

By: _s/ Timothy R. Thornton_
　　　Timothy R. Thornton (#109630)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
(612) 977-8400
**ATTORNEYS FOR BNSF RAILWAY COMPANY, WILLIAM BARBEE AND FRANCIS WEBER**

2618929v1