IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH IRISH, DENISE MARSHALL,
ALLEN MOORE and SCOTT STILLWELL,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,

        Case No. 08-cv-469-bbc

v.

BNSF RAILWAY COMPANY, formerly
known as BURLINGTON NORTHERN
AND SANTA FE RAILWAY COMPANY,
BURLINGTON NORTHERN SANTA FE
RAILWAY CORPORATION, WILLIAM
BARBEE and FRANCIS A. WEBER,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants BNSF Railway Company, formerly known as Burlington Northern and Santa Fe Railway Company, Burlington Northern Santa Fe Railway Corporation, William Barbee and Francis A. Weber granting their motion to dismiss this case.


    *Peter Oppeneer*         1/7/11

    Peter Oppeneer, Clerk of Court         Date